UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASSIDIAN COMMUNICATIONS, INC.,

      Plaintiff,

vs.                          Case No. 6:13-cv-215-Orl-36GJK

COMMUNICATIONS VENTURE
CORPORATION, d/b/a INdigital Telecom,

      Defendant.
_____

**ORDER TO SHOW CAUSE**

The Plaintiff is hereby **ORDERED TO SHOW CAUSE** by a written response filed within **fourteen (14)** days from the date of this Order why this case should not be dismissed, pursuant to Local Rule 3.10(a), for lack of prosecution due to the non-filing of a **Case Management Report** within the time prescribed by Local Rule 3.05. Failure to respond shall result in a dismissal of this action without further notice from the Court.

**DONE** and **ORDERED** in Orlando, Florida, on this 28th day of August 2013.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record